# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Marvin W. Millsaps,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:16-cv-00004-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Donald Mobley, et al,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2016, Order.

Signed: January 19, 2016

Frank G. Johns, Clerk
United States District Court